

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

■ UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

Click-N-Ship®

usps.com  9405 5301 0935 5040 9498 78 0085 0001 0001 9801
$8.50
US POSTAGE

U.S. POSTAGE PAID
Click-N-Ship®

09/26/2024   Mailed from 72601   812270521242103

PRIORITY MAIL®

DAVID STEBBINS
APT D
123 W RIDGE AVE
HARRISON AR 72601-4236

09/30/2024
Flat Rate Envelope
RDC 03
C012

U.S.P.S. X-RAY

US DISTRICT COURT FOR THE DISTRICT OF
UNIT 18
844 N KING ST
WILMINGTON DE 19801-3519

USPS TRACKING #

9405 5301 0935 5040 9498 78