UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

in re David Stebbins ) Case No. 24-____24-478____
)
)

### REQUEST TO CLERK FOR SUBPOENA UNDER 17 USC 512(h)

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Request to the Clerk of this Court to issue subpoenas against Google, LLC and Rumble, Inc., pursuant to 17 USC § 512(h).

1. According to 17 USC § 512(h)(1), "[a] copyright owner ... may request the clerk of any United States district court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection."

2. Currently, I would like to request the identities of three alleged infringers: Two YouTubers who go by the alias xArtemisWolf and SkibbityDibbity, and another video creator who goes by the alias "The Spectre Report" on Rumble.com and "Spectre_06 Gaming" on YouTube. I wish to subpoena Google LLC (YouTube's parent company) for the identities of the first two people and Rumble Inc. for the Spectre Report's identity.

3. Google LLC (YouTube's parent company) and Rumble Inc. are both incorporated in the state of Delaware. See **Exhibit A** and **Exhibit B**, respectively. Therefore, this Court has personal jurisdiction over this miscellaneous case. Barring that, the plain text of the statute clearly empowers me to submit this request to "the clerk of *any* United States district court" (emphasis added), so there is a good chance personal jurisdiction may not even matter.

4. As Exhibits A & B clearly show, the Respondents can be served with process at the following agents:

| Google LLC | Rumble Inc |
|---|---|
| A Registered Agent, Inc. 8 The Green, STE A Dover, DE 19901 | Corporation Service Company 251 Little Falls Dr., Wilmington, DE 19808 |

5. In compliance with 17 USC § 512(h)(2)(A), I am hereby attaching copies of the four DMCA Takedown Notices that I issued against these three individuals (two against xArtemisWolf, one against SkibbityDibbity, and one against the Spectre Report). See **Exhibit C, Exhibit D, Exhibit E**, and **Exhibit F**, respectively.

-1-



FILED
OCT 01 2024
US DISTRICT COURT
DISTRICT OF DELAWARE

6.      In compliance with 17 USC § 512(h)(2)(B), I am hereby attaching three proposed subpoenas. See **Exhibit G**, **Exhibit H**, and **Exhibit I**, respectively.

7.      In compliance with 17 USC § 512(h)(2)(C), I am hereby attaching a sworn declaration that I am seeking these subpoenas for a legitimate purpose. See **Exhibit J**.

8.      Please also find enclosed my Application for Leave to Proceed In Forma Pauperis, my Motion for Marshall Service, and my Emergency Motion for Expedited Consideration.

9.      Wherefore, premises considered, I respectfully pray that these subpoenas be issued.

So requested on this, the 26th day of September, 2024.

*[signature: David Stebbins]*

David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com