UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

in re David Stebbins ) Case No. 24-____**24-478**____
)
)

## PROPOSED ORDER OF THE COURT

COMES NOW before the Court petitioner David Stebbins' request for issuance of various subpoenas under 17 USC § 512(h), as well as other motions.

The Court GRANTS Mr. Stebbins' Emergency Motion to Expedite Consideration. Mr. Stebbins is hereby warned that such indolence is typically frowned upon by the courts, and future courts may not be so accommodating, absent genuinely good cause shown.

The Court GRANTS Mr. Stebbins' Application for Leave to Proceed In Forma Pauperis.

Having reviewed the request and being satisfied that it complies substantially with the requirements of 17 USC § 512(h)(1)-(2), the Court GRANTS Mr. Stebbins' Request for Subpoenas. The Clerk is hereby ordered to issue the subpoenas Mr. Stebbins has provided. At this time, the Court makes no determination on the merits (or lack thereof) of any portions of any of Mr. Stebbins' claims of copyright infringement.

Finally, the Court GRANTS Mr. Stebbins' Motion for Marshall Service. Once the Clerk has issued the aforementioned subpoenas, he is then directed to submit them to the United States Marshall Service for the District of Delaware to be served on the registered agents provided in ¶ 4 of Mr. Stebbins' request without cost to Mr. Stebbins.

IT IS SO ORDERED.

_____
Signature of Judge


____/____/_____
Date (DD/MM/YYYY)