UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

in re David Stebbins ) Case No. 24-__24-478__
)
)

## MOTION FOR MARSHALL SERVICE

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Service of Process by the US Marshall in the above-styled action.

1. I am seeking leave to proceed in forma pauperis in this action, as evidenced by the enclosed IFP Application.

2. If granted, I would be entitled to have service of process conducted by the US Marshall at no cost. See Fed.R.Civ.P. 4(c)(3).

3. I therefore ask the Court to do exactly that, and order the Marshall to serve process on the service providers' registered agents.

So requested on this, the 26th day of September, 2024.

/s/ David Stebbins
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com



-1-