OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Randall C. Lohan
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

October 10, 2024

**David Stebbins**
123 W. Ridge Ave.
Apt. D
Harrison, AR 72601

RE:   FILINGS RECEIVED – DEFICIENCY NOTED
   1:24-mc-00478-UNA

Dear Mr. Stebbins,

   This is in response to your documents received on October 1, 2024.  The Clerk's Office writes to inform you that a miscellaneous matter has been opened regarding your subpoena request, and a complaint against unidentified John Doe defendants may be filed.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

   Sincerely,

   Randall C. Lohan
   CLERK OF COURT

/mrr