UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DAVID STEBBINS                                                                                PETITIONER

VS.                                  Case No. 24-mc-478 (MN)

GOOGLE LLC and RUMBLE INC                                                     RESPONDENTS

### MOTION FOR ECF ACCESS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for CM/ECF Access in the above-styled matter.

1. According to Page 19 of this Court's Pro Se Handbook[1], access to CM/ECF for pro se litigants is allowed with the Court's approval. The Court should grant me permission to do so for the following reasons:

   - **Reason #1: I am far away**. I am from the State of Arkansas. Forcing me to file everything in this case using postal mail would cause this case to become tediously slow.

   - **Reason #2: This is already a cyberspace case**. The original copyrighted works were uploaded to YouTube, the corresponding infringement occurred on another website, and all pre-filing correspondence between myself and the defendants have been carried out exclusively over email. As such, it is only fitting that the case itself be litigated in cyberspace.

   - **Reason #3: I have experience using the ECF**. I have filed my fair share of copyright infringement cases in the Northern District of California (since that is where YouTube is located). The Court can see that I have several years of experience filing electronically in that court, and that experience is likely that experience will carry over here.

2. I therefore humbly ask the Court to instruct the Clerk's Office to give me access to ECF.



David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com

---

1 Which can be found at the URL of https://www.ded.uscourts.gov/sites/ded/files/Pro%20Se%20Handbook.pdf

-1-