IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID STEBBINS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Misc. Action No. 24-478 (MN) |
| | ) |
| GOOGLE, LLC, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

At Wilmington, this 25th day of October 2024, the Court having considered the application to proceed in District Court without prepaying fees or costs under 28 U.S.C. § 1915 (D.I. 8), IT IS HEREBY ORDERED that the application is **GRANTED**.

_____
The Honorable Maryellen Noreika
United States District Judge