UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF DELAWARE

---

| DAVID STEBBINS | PETITIONER |
| VS.    Case 1:24-mc-478-MN | |
| GOOGLE LLC AND RUMBLE INC. | RESPONDENTS |

---

| DAVID STEBBINS | PLAINTIFF |
| VS.    Case 1:24-cv-01173-MN | |
| JOHN DOE, d/b/a SKIBBIDY DIBBITY | DEFENDANTS |

---

| DAVID STEBBINS | PLAINTIFF |
| VS.    Case 1:24-cv-01174-MN | |
| RUMBLE, INC. and JOHN DOE, d/b/a THE SPECTRE REPORT | DEFENDANTS |

---

### RENEWED MOTION FOR AUTHORIZATION TO FILE ELECTRONICALLY

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Renewed Motion for Authorization to File Electronically in the three above-styled actions.

1.      For simplicity's sake, the contents of all three of my previous Motions for ECF Access (Dkt. 9 in Case 24-mc-478, and Dkt. 4 in Cases 24-cv-1173 and 24-cv-1174) are hereby incorporated by reference.

2.      Per the Court's instructions, I hereby make the following representations:

    (a)      I have a PACER account, and I have had one for over a decade now.

    (b)      I have reviewed Court's online tutorial on how to file electronically. In addition, as I mentioned in the previous motions, I have been filing using ECF for years now, so I already know how this works.

3.      Therefore, I respectfully ask the Court to grant this renewed motion and authorize me to

-1-



file electronically in these three cases.

So requested on this, the 28th day of October, 2024.

David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com

-2-

Stebbins
123 W Ridge Ave.
Apt D
Harrison, AR 72601

29 OCT 2024 PM 1 L

NW ARKANSAS AR 72

U.S.M.S.
X-RAY

US District Court
844 N. King St.
Unit 18
Willmington, DE 19801

19801-357099

