UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DAVID STEBBINS                                                                         PETITIONER

VS.                                         Case 1:24-mc-478-MN

GOOGLE LLC AND RUMBLE INC.                                         RESPONDENTS

### NOTICE OF FILING OF PETITION FOR WRIT OF MANDAMUS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice in the above-styled action that I have filed a Petition for Writ of Mandamus in the 3rd Circuit Court of Appeals, seeking the district court to act in this and the two related cases. A copy of this Petition is hereby attached to this Notice.

So notified on this, the 17th day of April, 2025.

/s/ David Stebbins
David Stebbins (pro se)
123 W. Ridge Ave.,
Apt. D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com

-1-