IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID STEBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Misc. Action No. 24-478 (MN) |
| | ) |
| GOOGLE LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington, this 13th day of May 2025, having reviewed Plaintiff's motion requesting subpoena (D.I. 2)[1], emergency motion to expedite consideration (D.I. 4), and motion for service by the United States Marshals Service (D.I. 5),

IT IS HEREBY ORDERED that Plaintiff's motion requesting subpoena (D.I. 2) is **DENIED** without prejudice;

IT IS FURTHER ORDERED that Plaintiff's emergency motion to expedite consideration (D.I. 4) and his motion for service (D.I. 5) are **DENIED** as moot; and

IT IS FINALLY ORDERED that the Clerk of Court is directed to **CLOSE** this miscellaneous matter.

*[signature: Maryellen Noreika]*
The Honorable Maryellen Noreika
United States District Judge

---

[1] The subpoena Plaintiff seeks (D.I. 2) relates to two cases, in both of which the District of Delaware has determined it lacks venue and transferred to the Western District of Arkansas (*see Stebbins v. Doe*, 24-cv-1173-MN; *Stebbins v. Rumble Inc.*, 23-cv-1174-MN).