UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 25-2007
_____

DAVID STEBBINS,
                Appellant

v.

GOOGLE LLC; RUMBLE, INC.
_____

On Appeal from the United States District Court
for the District of Delaware
(D.C. Miscellaneous Action No. 1:24-mc-00478)
District Judge: Honorable Maryellen Noreika
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
October 14, 2025

Before: BIBAS, FREEMAN, and NYGAARD, Circuit Judges
_____

**JUDGMENT**
_____

    This cause came to be considered on the record from the United States District Court for the District of Delaware and was submitted pursuant to Third Circuit LAR 34.1(a) on October 14, 2025. On consideration whereof, it is now hereby

    ORDERED and ADJUDGED by this Court that the judgment of the District Court entered May 13, 2025, be and the same is hereby vacated, and the matter is remanded for

further proceedings. Costs will not be taxed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: October 15, 2025

Certified as a true copy and issued in lieu
of a formal mandate on November 6, 2025

Teste: *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**