UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| in re David Stebbins | ) <br> ) Case No. <u>1:24-mc-00478-MN</u> <br> ) |

**<u>AMENDED PETITION FOR ISSUANCE OF SUBPOENAS DUCES TECUM</u>**

**<u>PURSUANT TO 17 USC § 512(h)</u>**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Amended Petition for Supboenas in the above-styled action.

### What's different this time?

1. For the most part, this petition is identical to the original petition. However, the primary difference is that, whereas before, I only sought to obtain a subpoena from Rumble, Inc. to obtain the legal name and address of the user known as "The Spectre Report," in this amended version, I also seek to co-serve Google Inc. with a joint subpoena in order to maximize my chances of successfully obtaining his legal name and address.

2. There is a 100% chance that Google Inc. has The Spectre Report's legal name and address. I know this because, after filing the original petition, I learned that the individual known as The Spectre Report has a subscription to YouTube Premium. I saw him, on livestream, download a video off of YouTube using its first-party download feature that is exclusive to Premium members. This means that his debit/credit card is on file with Google Inc., which means they also have on file his legal name and billing address. Therefore, even if Rumble Inc. does not have his legal name or address on file, there is a 100% chance htat Google will.

3. Everything else is the same.

**Petition for Subpoenas**

4.  According to 17 USC § 512(h)(1), "[a] copyright owner ... may request the clerk of any United States district court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection."

5.  Currently, I would like to request the identities of three alleged infringers: Two YouTubers who go by the alias xArtemisWolf and SkibbityDibbity, and another video creator who goes by the alias "The Spectre Report" on Rumble.com and "Spectre_06 Gaming" on YouTube. I wish to subpoena Google LLC (YouTube's parent company) for the identities of the all three people and Rumble Inc. for the Spectre Report's identity.

6.  Google LLC (YouTube's parent company) and Rumble Inc. are both incorporated in the state of Delaware. See Exhibit A and Exhibit B, respectively. Therefore, this Court has personal jurisdiction over this miscellaneous case. Barring that, the plain text of the statute clearly empowers me to submit this request to "the clerk of any United States district court" (emphasis added), so there is a good chance personal jurisdiction may not even matter.

7.  As **Exhibits A & B** clearly show, the Respondents can be served with process at the following agents:

| Google Inc. | Rumble Inc. |
|---|---|
| A Registered Agent, Inc.<br>8 The Green, STE A<br>Dover, DE 19901 | Corporation Service Company<br>251 Little Falls Dr.,<br>Wilmington, DE 19808 |

8.  In compliance with 17 USC § 512(h)(2)(A), I am hereby attaching copies of the four DMCA Takedown Notices that I issued against these three individuals (two against

xArtemisWolf, one against SkibbidyDibbity, and one against the Spectre Report). See **Exhibit C**, **Exhibit D**, **Exhibit E**, and **Exhibit F**, respectively.

9. In compliance with 17 USC § 512(h)(2)(B), I am hereby attaching four proposed subpoenas. See **Exhibit G**, **Exhibit H**, **Exhibit I**, and **Exhibit J**, respectively.

10. In compliance with 17 USC § 512(h)(2)(C), I am hereby attaching a sworn declaration that I am seeking these subpoenas for a legitimate purpose. See **Exhibit K**.

11. Please also find enclosed my Application for Leave to Proceed In Forma Pauperis, my Motion for Marshall Service, and my Emergency Motion for Expedited Consideration.

12. Wherefore, premises considered, I respectfully pray that these subpoenas be issued.

So requested on this, the 7th day of January, 2026

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave., APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com
