# Exhibit A

Delaware.gov                                         Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

**Entity Details**

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 7563107 | Incorporation Date / Formation Date: | 8/15/2019 (mm/dd/yyyy) |
| Entity Name: | GOOGLEC LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | A REGISTERED AGENT, INC. |
| Address: | 8 THE GREEN, STE A |
| City: | DOVER |
| County: | Kent |
| State: | DE |
| Postal Code: | 19901 |
| Phone: | 302-288-0670 |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like ○ Status ○ Status,Tax & History Information

[Submit]

[View Search Results]    [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov