# Exhibit C

Yahoo Mail - YouTube Copyright Complaint Submission    https://mail.yahoo.com/d/search/keyword=%2522https%253A%252F%...

# YouTube Copyright Complaint Submission

From: YouTube Copyright (youtube-disputes+08drsnulfwcwb07@google.com)
To: acerthorn@gmail.com
Date: Friday, January 14, 2022 at 09:10 PM CST



## Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

Copyright Owner Name (Company Name if applicable): Acerthorn

Your Full Legal Name (Aliases, usernames or initials not accepted): David Stebbins
Your Title or Job Position (What is your authority to make this complaint?): self

Address:
123 W. Ridge Ave., APT D
Harrison, AR 72601
US

Username: Acerthorn
Email Address: acerthorn@gmail.com
Phone: (870) 212-4947

URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=mBD15PJ4OUg
Describe the work allegedly infringed: My YouTube video was reuploaded by another user
  ○ YouTube URL: http://www.youtube.com/watch?v=HoTjSldDT3Y
  ○ Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: David Stebbins

Sincerely,

— The YouTube Team

Help center • Email options

©2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA