# Exhibit K

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| in re David Stebbins | ) <br> ) Case No. 1:24-mc-00478-MN <br> ) |

### DECLARATION OF INTENT IN SUPPORT OF
### REQUEST TO CLERK FOR SUBPOENA UNDER 17 USC § 512(h)

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Declaration of Intent in Support of my Request for Subpoena pursuant to 17 USC § 512(h)(2)(C).

1. I hereby certify, under penalty of perjury, that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer.

2. I further certify, under penalty of perjury, that such information will only be used for the purpose of protecting rights under this title.

So requested on this, the 7th Day of January, 2026.

 /s/ David Stebbins  
David Stebbins  
123 W. Ridge Ave.,  
APT D  
Harrison, AR 72601  
870-204-6516  
acerthorn@yahoo.com
