UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DAVID STEBBINS                                                                                          PETITIONER

VS.                                          Case 1:24-mc-478-MN

GOOGLE LLC AND RUMBLE INC.                                                         RESPONDENTS

## MOTION FOR MARSHALL SERVICE

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for the US Marshall to conduct service of process of the subpoenas in the above-styled action.

1. On February 4, 2026, this Court granted my Amended Petition for Subpoena Duces Tecum. See Dkt. 20 and Dkt. 21.

2. On October 25, 2024, this Court granted me leave to proceed in forma pauperis. See Dkt. 10.

3. This means that I am entitled to have the Marshall serve process for me, without prepayment of fees. See Fed.R.Civ.P. 4(c)(3).

4. I therefore ask the Court to order the US Marshall for the District of Deleware to serve all four subpoenas onto both of the respondents.

So requested on this, the 4th day of February, 2026.

/s/ David Stebbins
David Stebbins (pro se)
123 W. Ridge Ave.,
Apt. D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com