| | | |
|---|---|---|
|  | **Sheriff's Office**<br>800 N. French Street, 5th Floor<br>Wilmington, Delaware 19801<br>302-395-8450, Fax: 302-395-8460 | State of Delaware<br>New Castle County<br>**Scott T. Phillips**<br>Sheriff |

3/6/2026

**Court Case # 1:24-MC-00478-MN**
Sheriff # 26-002563

Civil Subpoena

### IN RE: DAVID STEBBINS
### vs

Entity - GOOGLE LLC (DOCUMENT 21)

On 3/5/2026 at 9:30 AM a copy of the within writ together with a copy of the Civil Subpoena were served upon Litigation Management Representative a representative for the registered agent CORPORATION SERVICE COMPANY 251 LITTLE FALLS DRIVE WILMINGTON, DE 19808

Fees Paid: $0.00

Per: Deputy Sheriff, Jeffrey Maddocks

SO ANS;

*Scott T Phillips*
SHERIFF

PER   Janice Frisby-Dowe

Google

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:24-mc-00478-MN

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* __Google LLC__
on *(date)* __3-5-26__ .

☑ I served the subpoena by delivering a copy to the named person as follows:
__Corporation Service Company__
on *(date)* __3-5-26__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __3-5-26__

_____
Server's signature

__Deputy Jeff Maddocks__
Printed name and title

__800 N. French St 5th FL Wilmington DE 19801__
Server's address

Additional information regarding attempted service, etc.: