

| **Sheriff's Office** | State of Delaware |
|---|---|
| 800 N. French Street, 5th Floor | New Castle County |
| Wilmington, Delaware 19801 | **Scott T. Phillips** |
| 302-395-8450, Fax: 302-395-8460 | Sheriff |

3/6/2026

**Court Case # 1:24-MC-00478-MN**
Sheriff # 26-002563

Civil Subpoena

### IN RE: DAVID STEBBINS
### vs

Entity - GOOGLE LLC (DOCUMENT 21-2)

On 3/5/2026 at 9:30 AM a copy of the within writ together with a copy of the Civil Subpoena were served upon Litigation Management Representative a representative for the registered agent CORPORATION SERVICE COMPANY 251 LITTLE FALLS DRIVE WILMINGTON, DE 19808


Fees Paid: $0.00

Per: Deputy Sheriff, Jeffrey Maddocks

SO ANS;

*[signature: Scott R Phillips]*

      SHERIFF

PER   Janice Frisby-Dowe

Google

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:24-mc-00478-MN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Google LLC
on *(date)* 3-5-26.

☑ I served the subpoena by delivering a copy to the named person as follows:
Corporation Service Company
on *(date)* 3-5-26    ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-5-26

*Server's signature*

Deputy Jeff Maddocks
*Printed name and title*

800 N. French St 5th FL Wilmington DE 19801
*Server's address*

Additional information regarding attempted service, etc.: