## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DAVID STEBBINS,

                *Plaintiff*,

   v.

GOOGLE LLC and RUMBLE INC.,

                *Defendants*.

Case No. 1:24-mc-00478

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Theodore A. Kittila (Bar No. 3963) of Halloran Farkas

+ Kittila LLP, 5722 Kennett Pike, Wilmington, Delaware 19807, on behalf of defendant Rumble

Inc.

Dated: March 19, 2026

**HALLORAN FARKAS + KITTILA LLP**

*/s/ Theodore A. Kittila*
Theodore A. Kittila (No. 3963)
5722 Kennett Pike
Wilmington, Delaware 19807
Phone: (302) 257-2025
Fax: (302) 257-2019
Email: tk@hfk.law

*Counsel for Defendant Rumble Inc.*