## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DAVID STEBBINS,

                         *Plaintiff*,

       v.

GOOGLE LLC and RUMBLE INC.,

                       *Defendants*.

Case No. 1:24-mc-00478

### FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a)(1), Defendant Rumble Inc. ("Rumble") states that it is a publicly traded company.  Rumble has no parent corporation, and no publicly held corporation owns more than 10 percent of Rumble's stock.

Dated:  March 19, 2026

Respectfully submitted,

**Of Counsel:**

Gregory J. Dubinsky*
Nicholas H. Hallock*
**HOLWELL SHUSTER
& GOLDBERG LLP**
425 Lexington Avenue
14th Floor
New York, New York 10017
Phone:  (646) 837-5151
Email:  gdubinsky@hsgllp.com |
       nhallock@hsgllp.com

/s/ *Theodore A. Kittila*
Theodore A. Kittila (Bar No. 3963)
**HALLORAN FARKAS + KITTILA LLP**
5722 Kennett Pike
Wilmington, DE 19807
Phone:  (302) 257-2025
Email:  tk@hfk.law

*Attorneys for Rumble Inc.*

* Motion *pro hac vice* forthcoming