## <u>CERTIFICATE OF SERVICE</u>

I, Theodore A. Kittila (No. 3963), certify that on March 19, 2026, copies of the foregoing (1) ENTRY OF APPEARANCE and (2) FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT were caused to be served on the following party in the form indicated below:

**<u>By U.S. Mail and Email:</u>**

Mr. David Stebbins
123 Westridge Street
Apt D
Harrison, AR 72601
Email:  acerthorn@yahoo.com

*Pro Se Plaintiff*

/s/ *Theodore A. Kittila*
Theodore A. Kittila (No. 3963)