## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DAVID STEBBINS,

          *Plaintiff*,

    v.

GOOGLE LLC and RUMBLE INC.,

          *Defendants*.

Case No. 1:24-mc-00478

### RUMBLE INC.'S MOTION TO QUASH

Defendant Rumble Inc., by and through its undersigned counsel, respectfully moves this Court pursuant to Fed. R. Civ. P. 45(d)(3)(A)(i) and (iii) for an Order quashing Plaintiff David Stebbins' subpoena.  The grounds for this Motion are set forth in Rumble Inc.'s Opening Brief in Support of its Motion to Quash filed concurrently herewith.

Dated:  March 19, 2026

        Respectfully submitted,

**Of Counsel:**

Gregory J. Dubinsky*
Nicholas H. Hallock*
**HOLWELL SHUSTER
& GOLDBERG LLP**
425 Lexington Avenue
14th Floor
New York, New York 10017
Phone:  (646) 837-5151
Email: gdubinsky@hsgllp.com
     nhallock@hsgllp.com

* Motion *pro hac vice* forthcoming

/s/ *Theodore A. Kittila*
Theodore A. Kittila (Bar No. 3963)
**HALLORAN FARKAS + KITTILA LLP**
5722 Kennett Pike
Wilmington, DE 19807
Phone:  (302) 257-2025
Email:  tk@hfk.law

*Attorneys for Rumble Inc.*