**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

DAVID STEBBINS,

                   *Plaintiff*,

    v.

GOOGLE LLC and RUMBLE INC.,

                   *Defendants*.

Case No. 1:24-mc-00478

## [PROPOSED] ORDER

The Court, having considered Rumble Inc.'s Motion to Quash, and good cause being shown,

IT IS HEREBY ORDERED this _____ day of _____, 2026 that Rumble Inc.'s Motion is GRANTED, and Plaintiff's Subpoena is QUASHED.

 

_____
The Honorable Maryellen Noreika
United States District Judge