## <u>CERTIFICATE OF SERVICE</u>

I, Theodore A. Kittila (No. 3963), certify that on March 19, 2026, copies of the foregoing (1) RUMBLE INC.'S MOTION TO QUASH and (2) [PROPOSED] ORDER were caused to be served on the following party in the form indicated below:

**<u>By U.S. Mail and Email:</u>**

Mr. David Stebbins
123 Westridge Street
Apt D
Harrison, AR 72601
Email: acerthorn@yahoo.com

*Pro Se Plaintiff*

/s/ *Theodore A. Kittila*
Theodore A. Kittila (No. 3963)