**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

DAVID STEBBINS,

       *Plaintiff,*

  v.

GOOGLE LLC and RUMBLE INC.,

       *Defendants*.

Case No. 1:24-mc-00478

**DECLARATION OF STACEY BEALL IN SUPPORT OF**
**RUMBLE INC.'S MOTION TO QUASH**

STACEY BEALL, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.  I am over the age of 18 and competent to testify to the matters set forth herein.

2.  I am Associate General Counsel for Rumble Inc. ("Rumble"), and I submit this declaration in Support of Rumble's Motion to Quash.

3.  Rumble was served with David Stebbins' subpoena (the "Subpoena") in this action on March 5, 2026, by personal delivery on its registered agent, the Corporation Service Company.

4.  The Subpoena relates to a video (the "Spectre Video") posted by rumble.com user the Spectre Report.

5.  On August 30, 2024, Rumble received a takedown notice from Mr. Stebbins alleging that the Spectre Video violated his copyright. Rumble removed the Spectre Video on September 1, 2024.

6.  Rumble's review of takedown notices under the Digital Millenium Copyright Act ("DMCA") is limited to ensuring the notice itself meets the requirements of the DMCA. Rumble does not conduct a detailed legal analysis as to whether content identified by each DMCA notice

meets the requirements of fair use.    Rumble did not receive a DMCA compliant counternotification with respect to the Spectre Video.

I declare under penalty of perjury of the laws of the United States of America and the State of Delaware that the following statements are true and correct:

DATED this 18th day of March, 2026, at Gilchrist County, Florida.

DocuSigned by:

Stacey Beall

661AAFCF6D62483...

Stacey Beall

2