# EXHIBIT A

An official website of the United States government.  Here's how you know. ⌄

Log in to PACER Systems →]



Party Search Results

**Search Criteria:** Party Search; Last Name: [Stebbins]; First Name: [David]; Party Role: [PLA]
**Result Count:** 58 (2 pages)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Stebbins, David (pla) | 3:2010cv03041 | Stebbins v. Mid States Promotions et al | ARKANSAS WESTERN DISTRICT COURT | 05/10/2010 | 02/23/2011 |
| Stebbins, David (pla) | 5:2010cv05125 | Stebbins v. University of Arkansas et al | ARKANSAS WESTERN DISTRICT COURT | 07/12/2010 | 12/28/2012 |
| Stebbins, David (pla) | 6:2010cv03305 | Stebbins v. Richardson et al | MISSOURI WESTERN DISTRICT COURT | 08/02/2010 | 10/11/2011 |
| Stebbins, David (pla) | 3:2010cv03072 | Stebbins v. Full Sail University | ARKANSAS WESTERN DISTRICT COURT | 08/04/2010 | 08/04/2010 |
| Stebbins, David (pla) | 6:2010cv01165 | Stebbins v. Full Sail University | FLORIDA MIDDLE DISTRICT COURT | 08/05/2010 | 12/01/2010 |
| Stebbins, David (pla) | 3:2010cv03086 | Stebbins v. Wal-Mart Stores, Inc. | ARKANSAS WESTERN DISTRICT COURT | 09/14/2010 | 09/07/2011 |
| Stebbins, David (pla) | 3:2010cv03090 | Stebbins v. Full Sail University | ARKANSAS WESTERN DISTRICT COURT | 09/27/2010 | 05/12/2011 |
| Stebbins, David (pla) | 3:2010cv03123 | Stebbins v. Wal-Mart Stores, Inc. | ARKANSAS WESTERN DISTRICT COURT | 12/17/2010 | 01/05/2011 |
| Stebbins, David (pla) | 3:2011cv03025 | Stebbins v. NET-ARB, Inc. | ARKANSAS WESTERN DISTRICT COURT | 03/29/2011 | 05/03/2011 |
| Stebbins, David (pla) | 3:2011cv03029 | Stebbins v. Harp & Associates Real Estate Services | ARKANSAS WESTERN DISTRICT COURT | 04/05/2011 | 05/03/2011 |
| Stebbins, David A. (pla) | 3:2011cv03042 | Stebbins v. Kirkpatrick | ARKANSAS WESTERN DISTRICT COURT | 06/16/2011 | 10/20/2011 |
| Stebbins, David (pla) | 3:2011cv03057 | Stebbins v. Legal Aid of Arkansas | ARKANSAS WESTERN DISTRICT COURT | 07/20/2011 | 11/06/2012 |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Stebbins, David (pla) | 3:2011cv03058 | Stebbins v. Hannah et al | ARKANSAS WESTERN DISTRICT COURT | 07/21/2011 | 12/19/2011 |
| Stebbins, David (pla) | 5:2011cv03876 | Stebbins v. Google, Inc. | CALIFORNIA NORTHERN DISTRICT COURT | 08/08/2011 | 10/27/2011 |
| Stebbins, David (pla) | 2:2011cv01362 | Stebbins v. Microsoft Inc | WASHINGTON WESTERN DISTRICT COURT | 08/15/2011 | 01/13/2012 |
| Stebbins, David (pla) | 3:2011cv02227 | Stebbins v. State of Texas | TEXAS NORTHERN DISTRICT COURT | 08/29/2011 | 12/09/2011 |
| Stebbins, David A. (pla) | 3:2011cv03078 | Stebbins v. Harp & Associates Real Estate Services | ARKANSAS WESTERN DISTRICT COURT | 09/09/2011 | 01/02/2013 |
| Stebbins, David (pla) | 3:2012cv03022 | Stebbins v. Boone County, Arkansas et al | ARKANSAS WESTERN DISTRICT COURT | 02/17/2012 | 03/30/2015 |
| Stebbins, David (pla) | 3:2012cv03032 | Stebbins v. Social Security Administration Commissioner | ARKANSAS WESTERN DISTRICT COURT | 03/08/2012 | 07/08/2013 |
| Stebbins, David (pla) | 3:2012cv03039 | Stebbins v. Marczuk et al | ARKANSAS WESTERN DISTRICT COURT | 03/19/2012 | 05/10/2012 |
| STEBBINS, DAVID (pla) | 1:2012cv00289 | STEBBINS v. USA | U.S. COURT OF FEDERAL CLAIMS | 05/04/2012 | 07/09/2012 |
| STEBBINS, DAVID (pla) | 1:2012cv00296 | STEBBINS v. USA | U.S. COURT OF FEDERAL CLAIMS | 05/07/2012 | 05/15/2012 |
| Stebbins, David A. (pla) | 3:2012cv03131 | Stebbins v. Bradford, et al | ARKANSAS WESTERN DISTRICT COURT | 10/04/2012 | 07/05/2013 |
| Stebbins, David A. (pla) | 3:2012cv03130 | Stebbins v. Stebbins et al | ARKANSAS WESTERN DISTRICT COURT | 10/04/2012 | 07/03/2013 |
| Stebbins, David (pla) | 4:2012cv00704 | Stebbins v. Steen et al | ARKANSAS EASTERN DISTRICT COURT | 11/08/2012 | 08/20/2013 |
| STEBBINS, DAVID (pla) | 1:2012cv02029 | STEBBINS v. UNITED STATES OF AMERICA | DISTRICT OF COLUMBIA DISTRICT COURT | 12/18/2012 | 12/18/2012 |
| Stebbins, David (pla) | 3:2013cv03068 | Stebbins v. Watkins et al | ARKANSAS WESTERN DISTRICT COURT | 07/02/2013 | 09/19/2013 |
| Stebbins, David (pla) | 4:2014cv00227 | Stebbins v. Arkansas, State of et al | ARKANSAS EASTERN DISTRICT COURT | 04/14/2014 | 03/31/2015 |
| STEBBINS, DAVID (pla) | 1:2014cv00900 | STEBBINS v. KEAHEA | DISTRICT OF COLUMBIA DISTRICT COURT | 05/28/2014 | 05/28/2014 |
| Stebbins, David A. (pla) | 1:2014cv00961 | Stebbins v. EduCap, Inc. et al | VIRGINIA EASTERN DISTRICT COURT | 07/28/2014 | 12/23/2014 |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Stebbins, David A. (pla) | 1:2014cv01267 | Stebbins v. United States of America | VIRGINIA EASTERN DISTRICT COURT | 09/25/2014 | 08/17/2015 |
| Stebbins, David (pla) | 4:2015cv00332 | Stebbins v. Gay et al | ARKANSAS EASTERN DISTRICT COURT | 06/05/2015 | 06/22/2015 |
| Stebbins, David A (pla) | 4:2015cv00436 | Stebbins v. Hannah et al | ARKANSAS EASTERN DISTRICT COURT | 07/15/2015 | 10/14/2015 |
| Stebbins, David A (pla) | 4:2016cv00545 | Stebbins v. Arkansas, State of et al | ARKANSAS EASTERN DISTRICT COURT | 07/27/2016 | 10/13/2017 |
| Stebbins, David A (pla) | 4:2016cv00638 | Stebbins v. Arkansas, State of | ARKANSAS EASTERN DISTRICT COURT | 09/02/2016 | 09/06/2016 |
| Stebbins, David A (pla) | 4:2016cv00878 | Stebbins v. Arkansas, State of et al | ARKANSAS EASTERN DISTRICT COURT | 12/02/2016 | 02/27/2017 |
| Stebbins, David A. (pla) | 3:2017cv03016 | Stebbins v. Arkansas, State of et al | ARKANSAS WESTERN DISTRICT COURT | 02/27/2017 | 04/14/2017 |
| Stebbins, David A. (pla) | 3:2017cv03092 | Stebbins v. Arkansas, State of et al | ARKANSAS WESTERN DISTRICT COURT | 10/13/2017 | 05/08/2018 |
| Stebbins, David A (pla) | 4:2017cv00711 | Stebbins v. Hixson et al | ARKANSAS EASTERN DISTRICT COURT | 10/31/2017 | 04/02/2018 |
| Stebbins, David A. (pla) | 3:2018cv03040 | Stebbins v. Hixson et al | ARKANSAS WESTERN DISTRICT COURT | 04/02/2018 | 05/08/2018 |
| STEBBINS, DAVID W. (pla) | 2:2019cv01524 | UNITED STATES OF AMERICA et al v. VASCULAR ACCESS CENTERS, LLC et al | PENNSYLVANIA WESTERN DISTRICT COURT | 11/25/2019 | 08/08/2024 |
| Stebbins, David A. (pla) | 4:2021cv04184 | Stebbins v. Polano | CALIFORNIA NORTHERN DISTRICT COURT | 06/02/2021 | 07/11/2022 |
| STEBBINS, DAVID W. (pla) | 2:2021cv01803 | UNITED STATES OF AMERICA et al v. JEFFERSON CARDIOLOGY ASSOCIATION, P.C. et al | PENNSYLVANIA WESTERN DISTRICT COURT | 12/09/2021 | 08/29/2024 |
| STEBBINS, DAVID W. (pla) | 1:2022cv00010 | UNITED STATES OF AMERICA et al v. MARAPOSA SURGICAL, INC. et al | PENNSYLVANIA WESTERN DISTRICT COURT | 01/07/2022 | 03/27/2024 |
| Stebbins, David A. (pla) | 4:2022cv00546 | Stebbins v. Alphabet Inc. et al | CALIFORNIA NORTHERN DISTRICT COURT | 01/27/2022 | |
| Stebbins, David A. (pla) | 3:2022cv04082 | Stebbins v. CMDR ImperialSalt et al | CALIFORNIA NORTHERN DISTRICT COURT | 07/11/2022 | 07/03/2024 |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Stebbins, David A. (pla) | 3:2023cv00322 | Stebbins v. Google LLC | CALIFORNIA NORTHERN DISTRICT COURT | 01/20/2023 | 08/31/2023 |
| Stebbins, David A. (pla) | 3:2023cv00321 | Stebbins v. Redfield | CALIFORNIA NORTHERN DISTRICT COURT | 01/20/2023 | |
| Stebbins, David A. (pla) | 3:2024cv00398 | Stebbins v. Garcia Baz | CALIFORNIA NORTHERN DISTRICT COURT | 01/10/2024 | |
| Stebbins, David A. (pla) | 5:2024mc80006 | Stebbins v. Garcia Baz | CALIFORNIA NORTHERN DISTRICT COURT | 01/10/2024 | 01/19/2024 |
| Stebbins, David (pla) | 2:2024cv00140 | Stebbins v. Moon et al | WEST VIRGINIA SOUTHERN DISTRICT COURT | 03/21/2024 | |
| Stebbins, David A. (pla) | 4:2024mc80179 | Stebbins v. Doe et al | CALIFORNIA NORTHERN DISTRICT COURT | 06/21/2024 | 05/23/2025 |
| Stebbins, David A. (pla) | 3:2024cv03727 | Stebbins v. Doe et al | CALIFORNIA NORTHERN DISTRICT COURT | 06/21/2024 | 07/17/2024 |
| Stebbins, David A. (pla) | 8:2024cv01486 | David A. Stebbins v. CMDR ImperialSalt et al | CALIFORNIA CENTRAL DISTRICT COURT | 07/05/2024 | 08/13/2025 |

| **PACER Service Center** | | 03/18/2026 15:42:59 |
|---|---|---|
| **User** | NichoHallo7e | |
| **Client Code** | 0448-001 | |
| **Description** | All Court Types Party Search | |
| | All Courts; Name Stebbins, David; Role pla; All Courts; Page: 1; sort: DateFiled, ASC | |
| **Billable Pages** | 1 ($0.10) | |

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

An official website of the United States government.   Here's how you know. ⌄                                                    Log in to PACER Systems ⇥



Party Search Results

**Search Criteria:** Party Search; Last Name: [Stebbins]; First Name: [David]; Party Role: [PLA]
**Result Count:** 58 (2 pages)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Stebbins, David (pla) | 1:2024cv01174 | Stebbins v. Rumble Inc., et al. | DELAWARE DISTRICT COURT | 10/21/2024 | 05/13/2025 |
| Stebbins, David (pla) | 1:2024cv01173 | Stebbins v. Doe | DELAWARE DISTRICT COURT | 10/21/2024 | 05/13/2025 |
| Stebbins, David A. (pla) | 4:2025cv04499 | Stebbins v. Doe et al | CALIFORNIA NORTHERN DISTRICT COURT | 05/23/2025 | |
| Stebbins, David (pla) | 1:2026cv00017 | Stebbins v. American Arbitration Association, Inc. | NEW YORK SOUTHERN DISTRICT COURT | 01/02/2026 | 02/24/2026 |

| **PACER Service Center** | 03/18/2026 15:43:22 |
|---|---|
| **User** | NichoHallo7e |
| **Client Code** | 0448-001 |
| **Description** | All Court Types Party Search |
| | All Courts; Name Stebbins, David; Role pla; All Courts; Page: 2; sort: DateFiled, ASC |
| **Billable Pages** | 1 ($0.10) |

PACER FAQ                                     Privacy & Security                                     Contact Us

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.