## CERTIFICATE OF SERVICE

I, Theodore A. Kittila (No. 3963), certify that on March 19, 2026, copies of the foregoing (1) RUMBLE INC.'S OPENING BRIEF IN SUPPORT OF ITS MOTION TO QUASH and (2) DECLARATION OF STACEY BEALL IN SUPPORT OF RUMBLE INC.'S MOTION TO QUASH (and exhibits thereto) were caused to be served on the following party in the form indicated below:

**By U.S. Mail and Email:**

Mr. David Stebbins
123 Westridge Street
Apt D
Harrison, AR 72601
Email: acerthorn@yahoo.com

*Pro Se Plaintiff*

/s/ *Theodore A. Kittila*
Theodore A. Kittila (No. 3963)