## CERTIFICATE OF SERVICE

I, Theodore A. Kittila (No. 3963), certify that on March 20, 2026, copy of the

foregoing MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* were

caused to be served on the following party in the form indicated below:

**By U.S. Mail and Email:**

Mr. David Stebbins
123 Westridge Street
Apt D
Harrison, AR 72601
Email: acerthorn@yahoo.com

*Pro Se Plaintiff*

/s/ *Theodore A. Kittila*
Theodore A. Kittila (No. 3963)