## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DAVID STEBBINS,

        *Plaintiff*,

    v.

GOOGLE LLC and RUMBLE INC.,

        *Defendants*.

Case No. 1:24-mc-00478-MN

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of **Nicholas H. Hallock, Esq.** of Holwell Shuster & Goldberg LLP to represent Defendant Rumble Inc. in this matter.

Dated:  March 20, 2026

**HALLORAN FARKAS + KITTILA LLP**

*/s/ Theodore A. Kittila*
Theodore A. Kittila (No. 3963)
5722 Kennett Pike
Wilmington, Delaware 19807
Phone:  (302) 257-2025
Email:  tk@hfk.law

*Attorneys for Defendant Rumble Inc.*

## ORDER GRANTING MOTION

IT IS ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

Date: _____

_____
HONORABLE MARYELLEN NOREIKA
UNITED STATES DISTRICT COURT JUDGE

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __New York_____ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: *Redalla Halball*

Date: 3/19/2026

(Applicant's Address) 425 Lexington Avenue, 14th Floor, New York, NY 10017