## CERTIFICATE OF SERVICE

I, Theodore A. Kittila (No. 3963), certify that on March 30, 2026, copies of RUMBLE INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO QUASH and the DECLARATION OF STACEY BEALL IN SUPPORT OF RUMBLE INC.'S MOTION TO QUASH were caused to be served on the following party in the form indicated below:

**By U.S. Mail and Email:**

Mr. David Stebbins
123 Westridge Street
Apt D
Harrison, AR 72601
Email:  acerthorn@yahoo.com

*Pro Se Plaintiff*

/s/ *Theodore A. Kittila*
Theodore A. Kittila (No. 3963)