# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DAVID STEBBINS,

              *Plaintiff*,

    v.

GOOGLE LLC and RUMBLE INC.,

              *Defendants*.

Case No. 1:24-mc-00478

## DECLARATION OF STACEY BEALL IN SUPPORT OF RUMBLE INC.'S MOTION TO QUASH

STACEY BEALL, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.      I am over the age of 18 and competent to testify to the matters set forth herein.

2.      I am Associate General Counsel for Rumble Inc. ("Rumble"), and I submit this declaration in Support of Rumble's Motion to Quash.

3.      After a reasonable review of Rumble's records, I am not aware of formal service of the summons and complaint in *Stebbins v. Rumble, Inc.*, 1:24-cv-01174 (D. Del.), on Rumble.

4.      On March 23, 2026, Rumble's registered agent in Delaware, the Corporation Service Company, informed me that as of that date it does not have a record of service of the summons and complaint in *Stebbins v. Rumble, Inc.*, 1:24-cv-01174 (D. Del.), on Rumble.

I declare under penalty of perjury of the laws of the United States of America and the State of Delaware that the following statements are true and correct:

DATED this 27th day of March, 2026, at Gilchrist County, Florida.

DocuSigned by:

*Stacey Beall*

661AAFCF6D62483...

Stacey Beall