# EXHIBIT B

 Gmail

Spectre06 Gaming <spectre6gaming@gmail.com>

## Your latest replies to my open challenge

8 messages

**Acerthorn <acerthorn@yahoo.com>**
To: "spectre6gaming@gmail.com" <spectre6gaming@gmail.com>

Fri, Aug 30, 2024 at 8:59 PM

Dear Specter,

While I gave you permission to do a full-length reaction to my latest video, I did not give you permission to harass and dox me.

According to https://rumble.com/s/terms, users of the site "may not post or transmit any message which is abusive, inciting violence, harassing, harmful, hateful, anti-semitic, racist or threatening "

I have already gotten two of your videos about me taken down from Rumble because they flagrantly violate Rumble's terms of service.

Bear in mind that Rumble has Sec. 230 immunity. Unlike in cases of DMCA, they weren't required to remove these videos for any reason. So the fact that they removed those videos is proof that they agreed with me that the videos did indeed violate ToS. A neutral, third party (Rumble's moderation team) took a look at the videos and sided with me.

So please don't act like I'm just censoring you. Even when I issue DMCA Takedowns, I always consider fair use (whether you like it or not). But here, Rumble was legally clear no matter what they did. So you can't argue that they only took it down because I had properly filled out the form regardless of merit.

Now, if you want to repost your reaction, and this time actually comply with ToS, you're more than welcome. After all, I did give you permission to do a full-length reaction to that one video! So by all means, take me up on that offer again!

Sincerely,
Acerthorn

**acerthorn** <acerthorn@protonmail.com>
To: Spectre06 Gaming <spectre6gaming@gmail.com>

Fri, Feb 6, 2026 at 9:27 PM

**"You never once offered any suggestions, you never told me what the problem with my rules were beyond 'I want to have a nice conversation lacking insults'"**

More fucking lies. I did indeed request reasonable rules for the discussion. Your terms and conditions were objectively outrageous. We could potentially try to renegotiate a livestream discussion, but it won't be on those bullshit terms you mentioned.

[Quoted text hidden]

---

**Spectre06 Gaming** <spectre6gaming@gmail.com>
To: acerthorn <acerthorn@protonmail.com>

Fri, Feb 6, 2026 at 9:37 PM

I'll accept at face value (because I'm doing something else and can't look at it) that you offered some suggestions, but you refused reasonable rules such as "I will maintain copyright on what I stream, and you will not have the authority to file copyright strikes on anyone who uses my stream for commentary; likewise, what you stream is yours alone and I have no copyright on that." That is an objectively fair rule that you took umbrage with

And as for renegotiating, there is no way I would consider it when there the threat of litigation present as evidenced by your subpoena attempt for Rumble and Google.

[Quoted text hidden]

---

**acerthorn** <acerthorn@protonmail.com>
To: Spectre06 Gaming <spectre6gaming@gmail.com>

Fri, Feb 6, 2026 at 9:54 PM

That is NOT a fair rule. The fact that I cannot protect myself from further defamation, further harassment, or further doxxing is bullshit.

You retaining copyright but agreeing not to allow redistribution under certain circumstances would at least constitute something remotely resembling an olive branch (more like an olive twig), but you refused to do even that much.

Sent with Proton Mail secure email.

[Quoted text hidden]