## CERTIFICATE OF SERVICE

I, John Doe, the movant in this matter, certify that David Stebbins was served a copy of this motion by CM/ECF by filing with the clerk of the court.

/s/John Doe

John Doe

spectrereportlegal@gmail.com
