# UNITED STATES COURT FOR THE DISTRICT OF DELAWARE

DAVID STEBBINS                                                    PETITIONER

V                                    Case 1:24-mc-00478

GOOGLE LLC                                                        RESPONDENTS

## [PROPOSED] ORDER

The Court, having considered Movant John Doe's Motion to Quash the subpoena issued to Google, LLC, and good cause being shown,

IT IS HEREBY ORDERED this _____ day of _____, 2026 that John Doe's Motion is GRANTED, and Plaintiff's subpoena is QUASHED.


_____

The Honorable Maryellen Noreika
United States District Judge