UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DAVID STEBBINS                                                        PETITIONER

VS.                              Case 1:24-mc-478-MN

GOOGLE LLC AND RUMBLE INC.                              RESPONDENTS

### MOTION TO STRIKE ECF 38, MOTION TO QUASH FILED BY JOHN DOE

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion to Strike John Doe's Motion to Quash in the above-styled action.

1. The Court has the power to strike any pleading that is improperly filed. See Fed.R.Civ.P. 12(f).

2. The Motion to Quash that is currently filed as ECF 38 is improperly filed for two reasons:

3. First, John Doe is not a party to this miscellaneous action. In order to file anything, he must first move for, and be granted, leave to intervene. Then, he can file motions as an intervenor respondent, but not until then. Since Doe has failed to do so, his Motion to Quash is not properly before the Court and should be stricken.

4. Second, his motion to quash was filed in the mail, not electronically. This is evidenced by the fact that, when you click anywhere in the PDF document, the entire page gets highlighted. This proves that the motion was originally filed with the Clerk in paper format, but was then scanned for electronic docketing.

5. That alone doesn't mean the motion should be stricken. But it does mean that the motion must contain a "wet" signature. That is to say, it must contain his name (that is... his *legal* name, not just his alias) and it must be in his own handwriting. For an example, see my original petition and application for leave to proceed in forma pauperis in the instant case. Only if a party is granted leave to file electronically (at which point, his login username, as well as his usage of two-factor authentication, are legally recognized as a stand-in for his signature) may he file using only his name in italics, like I do below.

6. Since Doe has not properly signed his motion, he cannot present it to the Court.

7. For all of these reasons and more, the the Motion to Quash is improperly filed and should be stricken.

8. Wherefore, premises considered, I respectfully pray that this Motion to Strike be granted.

-1-

So requested on this, the 7th day of April, 2026.

_/s/ David Stebbins_
David Stebbins (pro se)
123 W. Ridge Ave.,
Apt. D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com