UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DAVID STEBBINS                                                          PETITIONER

VS.                                    Case 1:24-mc-478-MN

GOOGLE LLC AND RUMBLE INC.                                             RESPONDENTS

**SUPPLEMENT TO MOTION TO STRIKE JOHN DOE'S MOTION TO QUASH**

 Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Supplemental Brief in Support of my Motion to Strike John Doe's Motion to Quash.

1. In addition to all of the reasons stated in the Motion to Strike, there is also DE Local Rule 7.1.3(1)(1), which states in pertinent part that "[o]n the front cover of each brief, and appendix, there shall be... the name and designation of the party for whom the paper is filed, and the name... address, and telephone number of counsel by whom it is filed." See https://www.ded.uscourts.gov/sites/ded/files/Revised%20Local%20Rules%20Redline%20%28February%202026%29.pdf (Page 14 of 50).

2. This means that, in addition to requiring the movant's "wet" signature for paper-filed motions, the movant, unless he is represented by counsel (which he isn't, from the looks of it), must provide of his own accord the very information his motion to quash is designed to prevent me from getting.

3. Therefore, the second Motion to Quash should be stricken as it was not properly filed.

 So requested on this, the 7th day of April, 2026.

              */s/ David Stebbins*
David Stebbins (pro se)
123 W. Ridge Ave.,
Apt. D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com

-1-