UNITED STATES COURT FOR THE DISTRICT OF DELAWARE

DAVID STEBBINS                                                              PETITIONER

V                                    Case 1:24-mc-00478

GOOGLE LLC                                                                  RESPONDENTS

## MOTION FOR AUTHORIZATION TO FILE ELECTRONICALLY

Comes now, John Doe, d/b/a The Spectre Report and a target of two subpoenas issued in this case, proceeding *pro se* and moves to be granted access the Court's Electronic Filing System.  In support of this, Doe states:

1.) I have a PACER account and have had one for several years, using it regularly to look up cases for topics of conversation on various internet streams.

2.) I have independently reviewed the Court's materials on it's website prior to making this motion, to include the Manuals and Procedures, Registration and Training, and Tutorials.

Therefore, movant respectfully requests access for more speedy and timely filings, and for judicial economy.

SIGNED ON THIS DAY, April 9, 2026.

_____/s/John Doe_____
John Doe
spectrereportlegal@gmail.com

## CERTIFICATE OF SERVICE

I, John Doe, the movant in this matter, certify that David Stebbins was served a copy of this motion by CM/ECF  by filing with the clerk of the court.

_____/s/John Doe_____<br>
John Doe<br>
spectrereportlegal@gmail.com

2