UNITED STATES COURT FOR THE DISTRICT OF DELAWARE

DAVID STEBBINS PETITIONER

V Case 1:24-mc-00478

GOOGLE LLC RESPONDENTS

**NOTICE OF SUPPLEMENTAL FACTUAL DEVELOPMENT RE: DOE'S MOTION FOR LIMITED SUPPLEMENTAL RELIEF**

John Doe ("Doe") respectfully notifies the Court of a material factual development occurring after preparation and dispatch of Doe's Motion for Limited Supplemental Relief. Doe had provided the Motion, attached exhibits, and proposed Order on Friday, August 14, 2026 to the courier service, had paid for it, and was unable to change it. This Supplement seeks to update the Court on information.

As explained in the Motion, Doe sought limited confirmation concerning the continued existence and accessibility of the allegedly infringing video after learning that Petitioner David Stebbins ("Stebbins") had reported corruption of his PDF files maintaining in his "active cases" folder.

On August 15, 2026, Stebbins subsequently represented in correspondence directed to the Honorable Judge Maxine Chesney's Chambers in *Stebbins v. Redfied* that: "My hard drive on which my evidence was stored has recently failed me." Stebbins further stated that he was investigating professional data-recovery services, that he had received an approximately 85% chance of recovery, and that even a successful recovery left "no telling what data [he] might get back." Redfied himself provided a copy of this correspondence to Doe, and a true and correct copy is attached as **Exhibit A.**

Doe does not submit this development as evidence that the allegedly infringing video was stored on the failed drive or has been lost. Those facts remain unknown. Rather, the representation to Chambers materially clarifies the factual circumstances underlying the file-corruption issue described in Doe's Motion and further supports the limited request that Stebbins confirm whether the allegedly infringing video was stored on the failed drive and whether a complete, accessible copy presently exists elsewhere.

Doe otherwise rests upon the arguments and relief requested in his motion.

SIGNED ON THIS DAY, August 15, 2026.

Respectfully submitted,

/s/John Doe
John Doe
spectrereportlegal@gmail.com

**CERTIFICATE OF SERVICE**

I, John Doe, certify that David Stebbins was served a copy of this Motion by CM/ECF by filing with the clerk of the Court.

______/s/John Doe______
John Doe
spectrereportlegal@gmail.com