# EXHIBIT A

---------- Original Message ----------
From: Acerthorn <acerthorn@yahoo.com>
To: "mmccrd@cand.uscourts.gov" <mmccrd@cand.uscourts.gov>, "J. Curtis Edmondson" <jcedmondson@edmolaw.com>
Date: 08/15/2026 7:53 AM PDT
Subject: Fw: Activity in Case 3:23-cv-00321-MMC Stebbins v. Redfield Administrative Motion to File Under Seal

Dear Judge Chesney's Chambers,

My hard drive on which my evidence was stored has recently failed me. I am currently looking into professional data recovery services, but they have only given me an 85% estimate that they will be able to recover my data. Even then, they define a successful recovery as whenever "any" data is recovered, so even within that 85%, there's no telling what data I might get back.

For most of the things that were filed in this case, I can simply download them again off Pacer.

However, below is my "Administrative Motion for Leave to File Under Seal." I attached to that motion a transcript of a court hearing, dated February 2013, in a case that has since been sealed from the public, which was my whole basis for wanting to file it under seal in this case.

Because it was filed under seal, I cannot simply download it off Pacer.

Can you please provide me with a copy of the transcript, so I can have it for when I take the Defendant's deposition even if it cannot be recovered?

Sincerely,
Acerthorn