UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELEWARE

DAVID STEBBINS PLAINTIFF

VS. Case 1:24-mc-00478-MN

GOOGLE, LLC et al DEFENDANTS

**OPPOSITION TO MOTION TO SUPPLEMENT**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Opposition to ECF 45, John Doe's Motion for Supplemental Relief in the above-styled action.

1. The movant's motion is frivolous for the same reasons as discussed in his previous motion on the subject-matter.

2. Barring that, there is zero evidence suggesting that I am legally culpable for spoliation. “Spoliation occurs where: the evidence was in the party's control; the evidence is relevant to the claims or defenses in the case; there has been actual suppression or withholding of evidence; and, the duty to preserve the evidence was reasonably foreseeable to the party.” See Bull v. UPS, 665 F. 3d 68, 73 (3rd Cir 2012).

3. First of all, for the reasons discussed in the last motion, Spectre has yet to prove that any relevant evidence is or ever was in my control. He's asking the Court to compel me to explicitly state as much, but he cites to no legal citation giving the Court discretion to do that.

4. Second, the Bull court defines “actual supression” as a willful, intentional, bad faith destruction of the evidence, or willful and deliberate failure to preserve it. Accidental loss of data doesn't count. See id at 74-77. Here, not only is there zero evidence that I intentionally deleted any files off my hard drive, but Spectre affirmatively pleads facts in his motion which definitively prove otherwise.

5. Therefore, the motion is frivolous and the supboenas should still issue all the same.

6. Wherefore, premises considered, I respectfully pray that the Motion for Supplemental Relief be denied.

So requested on this, the 23rd day of of August, 2026.

*/s/ David Stebbins*
David Stebbins (pro se)