## CERTIFICATE OF SERVICE

I, John Doe, certify that David Stebbins was served a copy of this Reply Brief by CM/ECF by filing with the Clerk of the Court.

/s/John Doe
John Doe
specrereportlegal@gmail.com